Dear Judge Stanley Bastian                                   9-20-2021

My name is Simchah Casey and I am writing this letter on the behalf of Seth Randles.

I wish I can be there in person, but because of Covid-19, my work schedule as a home-care provider for the state of Washington, is at this moment at a high demand. Which makes it hard for me to be available today.

Seth is the father of my 10 year old son, T█ S█ R█. From the moment my son was born, Seth has always been a huge part of T█ life.

Your honor, Seth is a amazing father and loves our son unconditionally and more than anything in the world. Watching Seth raise our son, I have always noticed that he's a patient caring and understanding in everyway possible with our son and Seth always finds time to help our son if he needs help. Since Seth has been in jail, my son has beeing having a hard time coping with his absence, my son T█ misses his dad alot your honor. Sometimes my son wakes up in the middle of the night crying out for his dad, and it breakes my heart, that Seth can't be there. Seth and I were together for a few years and in that time that we were together Seth has always been caring, loving and respectful to me and my son and my family. Your honor, Seth has a really good heart and is very loyal

to his family and friends and never gives-up trying to help when he can. Your honor with Seth being in jail, has created a huge void in our lives, we miss him to the moon and back and love Seth dearly and need him to come home, as soon as possible so he can help me raise our son.

Even though Seth and I are not together Seth has always been my die hard friend that has always supported me emotionally and mentally threw the good times and bad times, when I need a shoulder to lean on and a friend to talk to.

Thank you, your honor for reading and giving me the oportunity to express my feelings about "Seth Randles".

Sincerely, Simchah Casey