Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH RANDLES,<br><br>Defendant. | Case No. 2:17-CR-00222-SAB-1<br><br>UNITED STATES' REQUEST FOR CONTINUANCE OF RESTITUTION ISSUES TO A SEPARATE HEARING WITHIN 90 DAYS<br><br>Sentencing Hearing:<br>October 7, 2021, at 1:30 p.m.<br>Spokane, Washington |

Plaintiff United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, hereby requests a continuance of 90 days for the restitution portion of Defendant Seth Randles ("Defendant")'s sentence. *See* 18 U.S.C. § 3664(d)(5).

On September 30, 2021, the United States received a Victim Impact Statement from Victim M. The United States submitted the Victim Impact Statement to the United States Probation Office, which supplemented the Presentence Investigation Report ("PSIR") with the Victim Impact Statement on October 1, 2021. ECF No. 112.

United States' Request For Restitution Hearing – Seth Randles – page 1

In connection with her Victim Impact Statement, Victim M has informed the United States Attorney's Office that she believes she has suffered financial losses attributable to Defendant. Among these are a bankruptcy that Victim M had to file after suffering financial harm caused by Defendant, and dental bills that she accrued when Defendant punched her in the face. To ascertain the proper value of Victim M's actual losses and whether they are properly attributable to Defendant as restitution, the United States needs to obtain documents related to Victim M's bankruptcy and dental issues.

Victim M articulated these restitution issues in connection with the Victim Impact Statement she submitted on or about September 30, 2021. Given that timing, the United States has not been able to ascertain and substantiate her actual losses more than 10 days prior to the sentencing hearing on October 7, 2021. Pursuant to 18 U.S.C. § 3664(d)(5), the United States is hereby informing the Court of the situation and requesting a continuance of the restitution portion of Defendant's sentencing for up to 90 days.

To be clear, the United States is requesting only that the restitution portion of the sentencing hearing be continued for up to 90 days, not the substantive sentencing hearing itself. To the contrary, the United States and Victim M are eager to proceed with the substantive sentencing hearing on October 7, 2021, and have made significant logistical arrangements in preparation for that hearing.

The United States' goal in filing this request prior to the substantive sentencing hearing on October 7, 2021, is merely to minimize surprises at the hearing. The United States anticipates that the Court will be in a position to address its request at the hearing, such that a separate written order addressing the request prior to the hearing is unnecessary.

October 1, 2021

Joseph H. Harrington
Acting United States Attorney

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to Defendant's counsel of record using the CM/ECF system.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney