FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH RANDLES,<br><br>Defendant. | NO. 2:17-CR-00222-SAB-1<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Motion for a Protective Order Regarding Production of Unreadacted Discovery for Restitution Purposes, ECF No. 157. Defendant is represented by David Partovi. The United States is represented by David Herzog.

The parties ask the Court a Protective Order to facilitate the production of unredacted discovery in the above-captioned case. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Motion for a Protective Order Regarding Production of Unreadacted Discovery for Restitution Purposes, ECF No. 157, is **GRANTED**.

2. The privacy protection measures mandated by 18 U.S.C. § 3509(d) apply in this case to adult victims of human trafficking and/or sexual abuse, and any minor victims who have reached adulthood during the pendency of this case.

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** ~ 1

3. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall:

    a. Keep all documents that disclose the names, identities, or any other information concerning children or other victims in a secure place to which no person who does not have reason to know their contents has access; and

    b. Disclose such documents or the information in them that concerns children only to persons who, by reason of their participation in the proceeding, have reason to know such information; and

    c. Not permit Defendant himself to review discovery outside the presence of defense counsel or a defense investigator; and

    d. Not permit Defendant to keep discovery in his own possession outside the presence of defense counsel or a defense investigator; and

    e. Not permit Defendant to keep, copy, or record the identities of any child or victim identified in discovery in this case.

4. All papers to be filed in Court that disclose the names or any other information identifying or concerning children shall be filed under seal without necessity of obtaining a separate Court order.

5. The parties and the witnesses shall not disclose children's or victims' identities during proceedings in this case. The parties and witnesses will refer to the alleged minor victims only by using agreed upon initials or pseudonyms (e.g., "Victim M"), rather than their bona fide names, in all proceedings and filings.

6. The United States may produce unredacted discovery to the defense, including information that discloses the identity and images of children and victims in this case. Defendant, his attorneys and investigators, and all externs, employees, and/or staff members, shall keep this information confidential as set forth herein.

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** ~ 2

7. This Order shall apply to any attorneys who subsequently become counsel of record, without the need to renew or alter the Order.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 5th day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** ~ 3